UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SAMUEL LOPEZ,

                      **Plaintiff,**                            24-CV-02423 (PAE)(SN)

        -against-                                    **ORDER**

TRH TRADING CORP., et al.,

                      **Defendants.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        Defendants' responses to Plaintiff's complaint were due on May 7, 2024. ECF Nos. 8, 9. To date, Defendants have not appeared or responded to Plaintiff's complaint. By May 17, 2024, Plaintiff's counsel shall file a letter indicating whether counsel has had any contact with Defendants. Additionally, Plaintiff's counsel shall advise the Court whether Plaintiff plans to seek a Certificate of Default from the Clerk of Court and file a Motion for Default Judgment.

**SO ORDERED.**

                                                                          SARAH NETBURN
                                                                          United States Magistrate Judge

DATED:     May 13, 2024
                  New York, New York