UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SAMUEL LOPEZ,

                        Plaintiff,

      -against-

TRH TRADING CORP., et al.,

                        Defendants.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/2024

24-CV-02423 (PAE)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      Defendants' responses to Plaintiff's complaint were due on May 7, 2024. ECF Nos. 8, 9. To date, Defendants have not responded to Plaintiff's complaint, and the Clerk of Court issued certificates of default for each Defendant. ECF Nos. 19, 20. By July 26, 2024, Plaintiff shall file a motion for default judgment in compliance with Paragraph M of the Individual Rules of Judge Engelmayer.

**SO ORDERED.**

                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:     June 27, 2024
               New York, New York