Law Office of Jennifer E. Tucek, PC
315 Madison Avenue, Suite 3054
New York New York 10017
(917) 669-6991
TucekLaw@GMail.com

August 20, 2024

<u>Via ECF</u>
Hon. Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Lopez v. Regina's Grocery LLC* 24-cv-2423 (PAE)

Dear Judge Englemayer:

    I represent the plaintiff in the above-referenced matter. I write this letter on behalf of the Parties to request a ten-day extension of time for Defendants to oppose the default motion (Docket No. 25). The Parties have been engaged in settlement discussions. Plaintiff would prefer to resolve the matter with the defendants before moving forward with the default motion. Thank you.

Respectfully submitted,

/s/Jennifer E. Tucek
Bar No. JT2609

GRANTED.
SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: August 21, 2024
       New York, New York