UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SAMUEL LOPEZ,

                     **Plaintiff,**                    24-CV-02423 (PAE)(SN)

      -against-                    **ORDER**

TRH TRADING CORP., et al.,

                     **Defendants.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff filed a motion for default judgment on July 28, 2024. ECF No. 22. Defendants' opposition was due by August 30, 2024. ECF No. 28. No opposition was filed. Defendants are ORDERED to either file an opposition to the motion for default judgment or respond to the complaint by November 13, 2024.

**SO ORDERED.**

                                                                             SARAH NETBURN
                                                                             United States Magistrate Judge

DATED:      November 7, 2024
                  New York, New York