**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SAMUEL LOPEZ,

                Plaintiff,                          24 **CIVIL** 2423 (PAE)(SN)

           -against-                             **<u>JUDGMENT</u>**

TRH TRADING CORP., et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 14, 2025, the Court adopts the Report in full and dismisses this action for failure to prosecute pursuant to Rule 41(b).

**Dated:**  New York, New York
          January 14, 2025

                                                            **TAMMI M. HELLWIG**
                                                                   **Clerk of Court**

                                  **BY:**
                                                                   **Deputy Clerk**